

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00592-CV

**NORTH EAST INDEPENDENT SCHOOL DISTRICT** and Texas Commissioner of Education,
Appellants

v.

Dehann **RIOU**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09958
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee recover costs of this appeal from Appellants.

SIGNED July 25, 2018.

_Irene Rios_
Irene Rios, Justice